KATHERINE ELIZABETH DOUGHERTY, as Executrix, etc., Respondent, v. HENRY D. GALBRAITH, Appellant.— Appeal dismissed unless appellant shall file and

serve printed papers by August first, and shall be ready to argue the appeal at the opening of the September term. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.